IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J. ZEBROWSKI, et al. : CIVIL ACTION
:
v. :
:
EVONIK DEGUSSA CORPORATION : No. 10-542
ADMINISTRATIVE COMMITTEE, et al. :

## **ORDER**

AND NOW, this 23rd day of February 2011, "Defendants' Motion To Dismiss Plaintiffs' Complaint" (doc. no. 4) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.