IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. ZEBROWSKI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-542 |
| EVONIK DEGUSSA CORPORATION | : | |
| ADMINISTRATIVE COMMITTEE, et al. | : | |

## **ORDER**

AND NOW, this 20th day of November, 2012, upon conference (PC-9), it is ordered that "Plaintiffs' Amended Motion to Alter or Amend Judgment to Include Prejudgment Interest" (doc. nos. 53, 54) is granted, and by Wednesday, December 5, 2012:

- Prejudgment interest shall be calculated in accordance with the November 20, 2012 memorandum accompanying this order, and the amounts to be assessed in favor of plaintiffs and against defendants shall be submitted to the court.

- The parties may amend the "Joint Stipulation Regarding Petition of Prevailing Plaintiffs and Their Counsel for Attorneys' Fees and Expenses" (doc. no. 56).

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.