IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT J. ZEBROWSKI, et al.         :          CIVIL ACTION
                                    :
            v.                      :
                                    :          No. 10-542
EVONIK DEGUSSA CORPORATION          :
ADMINISTRATIVE COMMITTEE, et al.    :

## **ORDER**

AND NOW, this 23rd day of January, 2013, "Defendants' Motion to Reconsider January 15, 2013 Order" (doc. no. 74) is denied. Defendants are granted until Tuesday, February 5, 2013 within which to submit a supersedeas bond compliant with the accompanying memorandum. Defendants' "Motion for Extension of Time to File Renewed Motion for Approval of Supersedeas Bond" (doc. no. 76) is denied as moot.

BY THE COURT:

/s/  Edmund V. Ludwig
Edmund V. Ludwig, J.